IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. CR 05 105 T |
| | ) | |
| EEAN JOHNSON | ) | In violation of 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The grand jury charges that:

On or about September 9, 2005, in the District of Rhode Island, the defendant EEAN JOHNSON, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, in and affecting commerce, to wit: a Colt AR-15, model SP-1, .223 caliber rifle, serial number SP178570; a Bryco, model Jennings T 380, .380 caliber, semi-automatic pistol, serial number 1329293; and a Bee Miller Inc., Hi Point Firearms model C, 9 mm, semi-automatic pistol, serial number P035365.

All in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant United States Attorney