UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR. NO. ~~03-42-01T~~ 05-105T
)
EEAN JOHNSON )

---

MOTION TO CONTINUE

Now comes the defendant Eean Johnson, by and through his counsel, and moves this Honorable Court to continue the change of plea in this matter currently scheduled for December 9, 2005 for one week.

As grounds the defendant submits that due to the complexity of Mr. Johnson's case and the pending supervised release violation, counsel needs the additional time to do further research and investigation to fully address Mr. Johnson's questions and concerns in regards to his plea.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
12/8/05

Respectfully submitted
Eean Johnson
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within motion to Adi Goldstein, Assistant United States Attorney, on December 1, 2005.