UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0105T |
| | ) | |
| EEAN JOHNSON | ) | |

MOTION FOR SENTENCE CONSIDERATION

Now comes Eean Johnson, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Johnson pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should conclude that the advisory guidelines call for a sentence longer than what is sufficient to comply with 18 U.S.C. § 3553(a). Mr. Johnson proposes a sentence in the range of 48 to 54 months of incarceration followed by a period of supervised release.

Respectfully Submitted
Eean Johnson,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Adi Goldstein, 50 Kennedy Plaza, 8th Floor, Providence 02903, and USPO David Borelli, 36 Exchange Terrace, Providence 02903, on this the 17th day of March, 2006.